UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANG CHEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PRECIGEN, INC. F/K/A INTREXON CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case No. 20-cv-07442-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Beth Labson Freeman for consideration of whether the case is related to *Abadilla v. Precigen, Inc.*, Case No. 20-cv-06936-BLF.

**IT IS SO ORDERED.**

Dated: December 7, 2020



JON S. TIGAR
United States District Judge